UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAIL ZAREMA,

    Plaintiff,

vs.                                  CASE NO. 06-CV-14768
                                      HON. LAWRENCE P. ZATKOFF
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## OPINION AND ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff filed the instant action seeking Social Security disability insurance benefits. This matter is currently before the Court on Magistrate Judge Virginia Morgan's Report and Recommendation of June 14, 2007, in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be granted, Defendant's Motion for Summary Judgment be denied, and that the case be remanded to the Defendant Commissioner for proceedings consistent with the Report and Recommendation.

After a thorough review of the court file, the respective parties' motions, the Report and Recommendation and the Defendant's objections to the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

Therefore, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is DENIED. Plaintiff's Motion for Summary Judgment is GRANTED. In addition, the Court hereby REMANDS this matter to the Defendant Commissioner for proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

                                          s/Lawrence P. Zatkoff
                                          LAWRENCE P. ZATKOFF
                                          UNITED STATES DISTRICT JUDGE

Dated: July 9, 2007

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on July 9, 2007.

                                                s/Marie E. Verlinde
                                                Case Manager
                                                (810) 984-3290